IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVE HALL'S INTERNATIONAL CENTER FOR CELLULAR HEALTH, <br><br> Plaintiff, <br><br> vs. <br><br> URBAN GROUP EXERCISE CONSULTANTS et al., <br><br> Defendants. | MEMORANDUM DECISION AND ORDER DIRECTING STONECO TO APPOINT COUNSEL AND STRIKING ANSWER <br><br><br> Case No. 2:05-CV-1057 TS |

Defendant StoneCo purports to represent itself *pro se* by way of Bob Stone. The Court notes that it has long been the law in the Tenth Circuit "that a corporation can appear in a court of record only by an attorney at law."[1] A corporation may not appear "through a non-attorney corporate officer appearing *pro se*."[2] Since StoneCo is a corporation, it must be represented in this Court by an attorney at law. Mr. Stone is not a licensed attorney, therefore he may not represent StoneCo.

---

[1] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

[2] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).

1

It is therefore

ORDERED that Defendant StoneCo appoint counsel to represent it in this matter within thirty (30) days of the issuance of this Order.  It is further

ORDERED that StoneCo's Answer (Docket No. 25) is STRICKEN.

DATED   March 23, 2006.

>BY THE COURT:

>_____
>TED STEWART
>United States District Judge